### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| **NOELIA SANTOS, Individually and on Behalf of All Others Similarly Situated,** ) ) ) | |
| **Plaintiff,** ) ) | |
| **V.** ) ) | **CIVIL ACTION NO. SA-21-CA-432-FB** |
| **TWIN LIQUORS, L.P., and TWIN LIQUORS GP, LLC.,** ) ) ) | |
| **Defendants.** ) | |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is Plaintiff's Unopposed Motion for Extension of Time for Defendants to Respond to Complaint. (Docket no. 4). After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion for Extension of Time for Defendants to Respond to Complaint (docket no. 4) is GRANTED such that the deadline for defendants to answer or other respond to plaintiff's complaint is extended until **July 5, 2021**.

It is so ORDERED.

SIGNED this 3rd day of June, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE