IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**NOELIA SANTOS, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 5:21-cv-432-FB

**TWIN LIQUORS, LP, and**     **DEFENDANTS**
**TWIN LIQUORS GP, LLC**

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Noelia Santos, by and through her attorneys of the Sanford Law Firm, PLLC, and for her Notice of Dismissal Without Prejudice does state and allege as follows:

1. Plaintiff Rosa Noelia Santos desires that this lawsuit be dismissed without prejudice.

2. Under Rule 41(a)(1)(A)(i), Plaintiff may dismiss her lawsuit without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

3. Neither Defendant has filed an answer or motion for summary judgement as of the filing of this Notice.

WHEREFORE, premises considered, Plaintiff hereby dismisses her claims without prejudice.

Respectfully submitted,

**PLAINTIFF NOELIA SANTOS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Merideth Q. McEntire
Tex. Bar No. 24105123
merideth@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was filed via the CM/ECF system, and notice is provided via email to the following counsel:

Andrew J. Broadaway
Cornell Smith
1607 West Avenue
Austin, Texas 78701
abroadaway@cornellsmith.com

*/s/ Josh Sanford*
**Josh Sanford**